UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PATRICK MICHAEL BELSER,

    Petitioner,

v.

RON HAYNES,

    Respondent.

CASE NO. 3:21-cv-05743-RSL-JRC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the report and recommendation of Magistrate Judge J. Richard Creatura, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the report and recommendation.

(2) Petitioner's federal habeas petition is dismissed without prejudice. If petitioner wishes to file a second or successive petition in this Court, he must obtain an order from the Court of Appeals authorizing the district court to consider the petition. 28 U.S.C. § 2244(b)(3)(A); Rule 9 of the Rules Governing Section 2254 Proceedings for the United States District Court.

(3) A certificate of appealability is denied in this case.

(4)   The Clerk is directed to send a copy of this Order to Judge Creatura.

Dated this 22nd day of December, 2021.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge